99-00818 In the Interest of Carlino.wpd



No. 04-99-00818-CV


IN THE INTEREST of Angelita CARLINO, A Minor Child,


Appellant


 

From the 288th Judicial District Court, Bexar County, Texas 


Trial Court No. 99-CI-04873


Honorable Solomon Casseb, Jr., Visiting Judge Presiding


PER CURIAM

Sitting: Alma L. López, Justice

 Catherine Stone, Justice

 Paul W. Green, Justice


Delivered and Filed: January 12, 2000



REVERSED AND REMANDED

 The parties to this appeal have filed an agreed motion to reverse and remand this case to the
trial court. The motion is granted, the judgment of the trial court is reversed, and the cause
remanded to the trial court for further proceedings. The mandate shall issue instanter.

 PER CURIAM

DO NOT PUBLISH